**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HOWARD POWELL
ADC #127977                                                                                            PETITIONER

VS.                                         5:05CV00309 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                         RESPONDENT

### ORDER

Petitioner, an inmate at the Pine Bluff Work Complex of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #2.) The Court did not order service of the Petition because Petitioner neither paid the $5.00 filing fee nor qualified to proceed *in forma pauperis*. (Docket entry #3.)

Petitioner has now paid the filing fee (docket entry #5), and the Court will, therefore, order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #2) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service. Respondent is directed to Rule 5 of the Rules Governing Section 2254 Cases with regard to the required contents of an Answer.

Dated this 13th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1