IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD POWELL
ADC #127977                                                                    PETITIONER

VS.                                      5:05CV00309 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DISMISSED, WITH PREJUDICE.

Dated this 31st day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE